UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH L. EICHORN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRINK'S INCORPORATED,<br><br>　　　　Defendant. | 2:11-cv-01051-GMN-CWH |

### STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Deborah L. Eichorn and Defendant Brink's, Incorporated ("Defendant") that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Richard Segerblom, Esq.
Nevada Bar No.1010
700 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 388-9600
Facsimile: (702) 385-2909

Attorney for Plaintiff

James E. Kellett (Admitted *Pro Hac Vice*)
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone:  (212) 223-4000
Facsimile:   (212) 223-4134

ANDREW P. GORDON, ESQ.
McDONALD CARANO & WILSON LLP
Nevada Bar No. 3421
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV  89102
Telephone: 702.873.4100
Facsimile: 702.873.9966

Attorneys for Defendant

Dated: January 19, 2012

Dated: January 13, 2012

**IT IS SO ORDERED** this 19th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge